# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO J GODINEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY;<br>HOBLIT MOTORS FORD; and<br>DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 5:24-cv-08682-PCP<br><br>Hon. P. Casey Pitts<br><br>[PROPOSED] JUDGMENT |

The Court, having considered Plaintiff's Request for Entry of Judgment and finding good cause therefore, hereby GRANTS the Entry of Judgment and ORDERS as follows:

1. Plaintiff RODOLFO J GODINEZ ("Plaintiff") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on March 16, 2026.

2. Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $10,000.00 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: ___May 1, 2026___

_____
Hon. P. Casey Pitts
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] JUDGMENT